CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 9 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| DELORES POWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:04-CV-00063 |
| | ) | |
| JOANNE B. BARNHART, | ) | By: Hon. Michael F. Urbanski |
| COMMISSIONER OF SOCIAL SECURITY, | ) | United States Magistrate Judge |
| Defendant. | ) | |

## FINAL JUDGMENT AND ORDER

For reasons stated in a Memorandum Opinion filed this day, it is now **ADJUDGED** and **ORDERED** as follows:

1. Defendant's motion for summary judgment shall be and hereby is **DENIED**;

2. The final decision of the Commissioner is **REVERSED** with judgment entered in favor of plaintiff; and

3. The Commissioner shall compute and award appropriate benefits to plaintiff.

The Clerk is directed to send certified copies of this judgment and order to all counsel of record.

Enter this ____ day of August, 2005.

_____
Michael F. Urbanski
United States Magistrate Judge